UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca | CASE NO.: 2:13-cv-07324-SVW-JCG |
| Plaintiff | ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT |
| vs. | |
| TSA Stores Inc et al | |
| Defendant. | JS - 6 |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 15, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE